UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

----------------------------------- x
PRIMERICA LIFE INSURANCE COMPANY            :
                                            :
      Interpleader Plaintiff,              :
                                            :
v.                                          :   Docket No.: 1:09-cv- 361-PB
                                            :
WILLIAM P. VAN TASSELL, III and             :
DARRYL R. VAN TASSELL                       :
                                            :
      Adverse Claimants/                   :
      Defendants,                          :
                                            :
v.                                          :
                                            :
ANN MARIE BAYER                             :
                                            :
                                            :
      Adverse Claimant/                    :
      Defendant.                       x

## ORDER

The Court, having reviewed Plaintiff Primerica Life Insurance Company's Motion for Leave to Deposit Interpleader Funds into Court, hereby ORDERS as follows:

Primerica shall deposit a check into the registry of the Court in an amount equal to the benefits payable under the life insurance policy at issue, plus accrued interest, subject to the ultimate disposition of those funds by the Court in this action.

IT IS SO ORDERED:

Dated:  December 4 , 2009             /s/ Paul Barbadoro

                                                           United States District Court Judge

cc:  Counsel of Record

12794286.1