## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY )<br>Interpleader Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM P. VAN TASSELL, III AND )<br>DARRYL R VAN TASSELL )<br>Adverse Claimants/ )<br>Defendants )<br>)<br>v. )<br>)<br>ANN MARIE BAYER )<br>Adverse Claimant/ )<br>Defendant )<br>) | **ORDER**<br><br>Case No. 1:09-CV-361-PB |

The Court, having reviewed Defendant Ann Marie Bayer's Motion to Release Interpleaded Funds, hereby ORDERS as follows:

In accordance with local rule 67.3, the Clerk of Court shall pay out of the Court's registry the entirety of the funds, plus accrued interest, being held pursuant to this Court's Order of December 4, 2009 (Document No: 10-1) to Defendant, Ann Marie Bayer. The Court notes that Defendant Bayer is not the depositor of the funds, as the original deposit was made by the Interpleader Plaintiff, Primerica Life Insurance Company. Defendant Ann Marie Bayer shall provide, under separate seal, her social security number as an addendum to this filing; and the Clerk shall forward this separate filing directly to the institution holding the funds.

IT IS SO ORDERED:

Dated: 9-30-10

Paul Barbadoro,
United States District Court Judge

Cc: Counsel of Record